CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Email: ca@svlg.com
Attorneys for Plaintiffs

FILED
2008 JUL -9 P 2: 19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

Joseph Salvatore Cala, an individual; Lisa Cala, an individual; and Alex Cala, an individual,

Plaintiffs,

vs.

Randolph Bush, an individual and Maynard Evans, an individual

Defendants.

CASE NO.: C08 03318 PVT

COMPLAINT FOR MONEY

JURY TRIAL DEMANDED

Plaintiffs Joseph Salvatore Cala, [Joseph], Lisa Cala, [Lisa] and Alex Cala, [Alex] [collectively "Plaintiffs"] complain of defendants as follows:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA". FDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this Court over the First Claim for Relief arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. pendant jurisdiction over the Second Claim for Relief 9negligent

infliction of emotional distress) abides in this court under 28 U.S.C § 1367. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred, in part, here.

## III. PARTIES

3. Joseph, Lisa and Alex are natural persons residing in San Jose, California, County of Santa Clara.

4. Defendant Randolph Bush [Bush] is a natural person residing in and doing business in this district.

5. Defendant Maynard Evans [Evans] is a natural person residing in and doing business in this district. Evans also maintains residences in, *inter alia*, Florida.

6. Defendants Bush and Evans are engaged in the business of collecting debts throughout the United States. The principal business of Defendants is the collection of debts using the mails and telephone and defendants regularly attempts to collect debts alleged to be due another.

7. Defendants Bush and Evans are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

8. On and before June 10, 2008 plaintiffs owned certain accounts residing with Bank at its Cambrian Park branch in this District. The relevant account numbers are 04940-68210, 04948-13884 and 04949-00846, collectively "the Accounts". One of the accounts, 04949-00846, was a "kiddie" account held by Joseph and Lisa as trustees for Alex, a child of 6 years of age. At all times material, Joseph, Lisa and Alex were and are entitled to dominion and control over the money in the accounts.

9 On November21, 2002, a judgment was entered in the Superior Court for the County of San Francisco in a case styled *Coast Counties Property Management v. Cala Corporation and Giuseppe Cala a/k/a Joseph Cala* Case No. CUD 02604020, in the amount of $41,042.55.

10. On or before August 31, 2007, the just-described judgment [the Judgment] was assigned to Randolph Bush d/b/a Assured Judgment Recovery [Bush], doing business in El Cerrito, California. A copy of the document memorializing the assignment to Bush is attached as Exhibit "A".

11. On or before June 9, 2008, the just-described judgment [the Judgment] was assigned from Bush to Evans. With accrued interest, the judgment now was in the amount of $60,549.33. A copy of the document memorializing the assignment to Bush is attached as Exhibit "A".

12. On or before June 9, 2008, Evans caused the Judgment to be entered as a "sister state" judgment in the Circuit Court of Brevard County, Florida. In connection with the entry of the Judgment in Brevard County, Evans obtained a writ of garnishment. A copy of the writ of garnishment is attached as Exhibit "B". The defendants identified on the writ of garnishment are: "Cala Corporation a/k/a Undersea Resorts and Joseph (Joe, Giuseppe) Cala". Evans altered the Writ of Garnishment to include the Social Security number of Joseph.

13. On June 10, 2008, the Sheriff of Brevard County served a copy of the writ of garnishment on the Bank of America [Bank] at its Titusville, Florida branch.

14. Despite the fact that the face of the writ of garnishment showed that the individual defendant was Joseph (Joe, Giuseppe) Cala, the Bank arbitrarily stripped $50,548.77 from the Accounts of Lisa, Joseph and Alex and put the funds in the Accounts beyond the dominion and control of the plaintiffs. Vis à vis Joseph *Salvatore* Cala, the writ of garnishment was not regular on its face, almost certainly caused by Evans' alteration of the writ of garnishment to falsely include Joseph's Social Security number.

12. In connection with their communications to Plaintiffs, the defendants made the following deceptive, untrue and unfair statements:

(a) That Joseph was the judgment debtor in respect of the San Francisco County judgment;

(b) That Evans had actual knowledge that Joseph's Social Security number was the Social Security number of the San Francisco defendant debtor.

## V. FIRST CLAIM FOR RELIEF

13. Plaintiff's repeat and reallege and incorporates by reference paragraphs one through 12 above.

14. Defendants violated the FDCPA. Defendants' violations included, but are not limited to, the following:

(a) Falsely claiming that Joseph was the judgment debtor in respect of the San Francisco County judgment;

(b) Falsely claiming that Evans had actual knowledge that Joseph's Social Security number was the Social Security number of the San Francisco defendant debtor.

Plaintiffs are informed and believe that Defendants knowingly misinformed the Bank about the true identity of the actual San Francisco judgment debtor. Plaintiffs are further informed that the Defendants intended that, if plaintiffs were too unsophisticated to seek competent legal help, Defendants would collect an amount in excess of $60,000. Plaintiffs are further informed and believe that, if plaintiffs proved more sophisticated, that Defendants would offer to "help" straighten out the problem for a substantial fee. Indeed, on the very day that the Plaintiffs were informed by the Bank that their accounts hade been stripped, defendant Bush telephoned the Plaintiffs and offered to "help".

15. As a result of the above violations of the FDCPA, the Defendant are liable to Plaintiffs for actual damages in an amount not less than $100,000, statutory damages, and costs and attorneys fees. Because the conduct of the defendants is malicious and oppressive, the Plaintiffs are entitled to an award of punitive damages in an amount not less than $250,000.

## SECOND CLAIM FOR RELIEF

(Negligent Infliction of Emotional Distress)

16. Plaintiffs incorporate all of the common allegations of paragraphs 1 through 15.

17. The conduct of the Defendants falls below the standard of care required of those who are in the business of collecting debts.

18. The conduct of the Defendants has caused emotional distress to Joseph, Lisa and Alex, and Plaintiffs are entitled to damages on account thereof.

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

1. Actual damages, but in no event less than $100,000;
2. Statutory damages pursuant to 15 U.S.C. § 1692k (a)(2)(B);
3. Statutory damages pursuant to 15 U.S.C. § 1692k (a)(2)(B)(I) and (ii);
4. Punitive damages in an amount not less than $250,000;
5. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k; and
6. Such other and further relief as may be just and proper.

Dated: July 8, 2008

Respectfully submitted,

SILICON VALLEY LAW GROUP
A Law Corporation

By: ______________________
CHRISTOPHER ASHWORTH
Attorneys for Plaintiffs,

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiffs demand trial by jury in this action.

Dated: July 8, 2008

Respectfully submitted,

SILICON VALLEY LAW GROUP
A Law Corporation

By: ____________________
Christopher Ashworth
Attorneys for Plaintiffs,

CFN 2007247325, OR BK 5820 Page 4307, Recorded 10/23/2007 03:31 PM, Scott Ellis, Clerk of Courts, Brevard County

EJ-190

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TEL NO.:
Recording requested by and return to:

510 525 8156
Randolph Bush dba Assured Judgment Recovery
3020 El Cerrito Plaza, #500 El Cerrito, CA 94530

[ ] ATTORNEY FOR [ ] JUDGMENT CREDITOR [X] ASSIGNEE OF RECORD

IMAGED AUG 31 2007

05-2007-CA-007437-X XXX-XX

FOR RECORDER'S USE ONLY

NAME OF COURT: San Francisco County Superior Court
STREET ADDRESS:
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, CA, 94102
BRANCH NAME: San Francisco Unlimited Civil

CASE NUMBER: CUD02604020

PLAINTIFF: Coast Counties Property Management, Inc.

DEFENDANT: Cala Corporation a Nevada Corporation IND. & DBA. as Oklahoma Cala Corporation, & Cala, Giuseppe aka Joseph Cala

FOR COURT USE ONLY

FILED
San Francisco County Superior Court
AUG 31 2007
GORDON PARK-LI, Clerk
BY: Param Natt
Deputy Clerk

## APPLICATION FOR AND RENEWAL OF JUDGMENT

[ ] Judgment creditor
[X] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant (name and address):
Randolph Bush dba Assured Judgment Recovery
3020 El Cerrito Plaza, #500 El Cerrito, CA 94530

2. Judgment debtor (name and last known address):
Cala, Giuseppe aka Joseph Cala, & Cala Corporation a Nevada Corporation IND. & DBA. as Oklahoma Cala Corporation, PO Box 7346, Las Vegas, NV, 89125

3. Original judgment
a. Case number (specify): 604020
b. Entered on (date): 11/21/2002
c. Recorded:
(1) Date:
(2) County:
(3) Instrument No.:

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO — EUREKA

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE. ATTEST: CERTIFIED SEP 14 2007 GORDON PARK-LI, CLERK SUPERIOR COURT BY D. CARTER DEPUTY CLERK

4. [ ] Judgment previously renewed (specify each case number and date):

5. [X] Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 41,042.55 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal (add a and b) | $ 41,042.55 |
| d. | Credits after judgment | $ 0.00 |
| e. | Subtotal (subtract d from c) | $ 41,042.55 |
| f. | Interest after judgment | $ 19,486.78 |
| g. | Fee for filing renewal application | $ 20.00 |
| h. | Total renewed judgment (add e, f, and g) | $ 60,549.33 |

i. [ ] The amounts called for in items a – h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

SCOTT ELLIS
2007 OCT 23 P 3:00
FILED IN TVL-03
CLERK OF CIR. CT.
BREVARD CO. FL.

Exhibit A

| SHORT TITLE: Coast Counties Inc. v. Joseph Cala dba Cala Corp. | CASE NUMBER: CUD 02604020 |
|---|---|

6. ☐ Renewal of judgment for ☐ possession. ☐ sale.

a. ☐ If judgment was not previously renewed, terms of judgment as entered:

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☐ Terms of judgment remaining unsatisfied:

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO EUREKA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2007

Randolph Bush
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

Exhibit A

OR BK 5820 PG 4309

# Superior Court of the State of California
## COUNTY OF SAN FRANCISCO

COAST COUNTIES PROPERTY MANAGEMENT, INC.

Plaintiff,

vs.

CALA CORPORATION A NEVADA CORPORATION IND. & DBA. AS OKLAHOMA CALA CORPORATION & CALA, GIUSEPPE AKA JOSEPH CALA Defendant.

No. CUD-02-604020

I, GORDON PARK-LI , Clerk of the Superior Court of the State of California, County of San Francisco, do hereby certify the foregoing to be the full, true and correct copy(ies) of the original "APPLICATION FOR AND RENEWAL OF JUDGMENT" and "NOTICE OF RENEWAL OF JUDGMENT" on file and of record in my office in the above entitled cause. That the same constitute a full and complete exemplification of the above described documents in the said cause, and of the whole thereof.

All of which I have caused to be exemplified according to the Act of Congress.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this 13th day of September 2007

Clerk of the Superior Court

I, DAVID L. BALLATI, Presiding Judge of the Superior Court of the State of California, County of San Francisco, do hereby certify that said Court is a Court of Record having a Clerk and Seal. That GORDON PARK-LI , who has signed the annexed attestation was at the time of signing said attestation, Clerk of said Superior Court. That said signature is his genuine handwriting and that all his official acts, as such Clerk, are entitled to full faith and credit.

And I further certify that said attestation is in due form of law.

Witness my hand this 13th day of September, 2007

Presiding Judge of said Superior Court

STATE OF CALIFORNIA
County of San Francisco } ss.

I, GORDON PARK-LI , Clerk of the Superior Court of the State of California, County of San Francisco, do hereby certify that the Honorable DAVID L. BALLATI , whose name is subscribed to the preceding Certificate, is Presiding Judge of the Superior Court of the State of California, County of San Francisco, duly elected and qualified, and that the signature of said Judge to said Certificate is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this 13th day of September 2007

Clerk of the Superior Court

EXEMPLIFICATION OF RECORD

Exhibit A

6/9/08 Victoria Johnson
3:42pm Cost-center-007105

| ☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA<br>☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA | | CASE NUMBER<br>05-2007-CA-007437-XXXX-XX |
|---|---|---|
| DIVISION<br>☒ CIVIL<br>☐ CRIMINAL<br>☐ JUVENILE<br>☐ TRAFFIC | WRIT OF GARNISHMENT | BAR CODE LABEL |
| PLAINTIFF MAYNARD EVANS, ASSIGNEE | | CLOCK IN<br>A TRUE COPY<br>TIME: 5:36<br>DATE: 6-9-08<br>J.R. "JACK" PARKER, Sheriff<br>BREVARD COUNTY, FLORIDA<br>By [signature] # 319 |
| DEFENDANT CALA CORPORATION aka UNDERSEA RESORT and JOSEPH (Joe, Giuseppe) CALA | | |

GARNISHEE BANK OF AMERICA
1108 S. WASHINGTON AVE.
TITUSVILLE, FL 32780

RECEIVED JUN 10 '08 FL-LOPD

TO THE STATE OF FLORIDA:
To all and Singular the Sheriffs of the State:

YOU ARE COMMANDED to summon the garnishee, BANK OF AMERICA to serve an answer to this writ on MAYNARD EVANS, plaintiff/plaintiff's attorney, whose address is 4585 LAKE HOLDEN HILLS DR., ORLANDO, FL 32839 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendant CALA CORP & JOSEPH CALA at the time of the answer or was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this Writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant.

The amount set in plaintiff's motion is $ 60,549.33.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF A JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $ 60,549.33.

| CLERK OF COURTS | BY M Redmond DC | DATE<br>December 28, 2005 |
|---|---|---|

LAW 132
Rev. 08/2006

Exhibit B

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

JOSEPH SALVATORE CALA, an individual; LISA CALA, an individual; and ALEX CALA, an individual

**DEFENDANTS**

RANDOLPH BUSH, and individual and MAYNARD EVANS, an individual

**(b)** County of Residence of First Listed Plaintiff ALAMEDA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant SAN FRANCISCO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Christopher Ashworth (SBN 54889) (408) 573-5700
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA 95112

Attorneys (If Known)

E-FILING

ADR

C08 03318 PVT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

99

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
15 U.S.C. § 1692 - Fair Debt Collection Practices Act

Brief description of cause:
Complaint for Money

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** **PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☐ SAN FRANCISCO/OAKLAND ☒ SAN JOSE

DATE
July 9, 2008

SIGNATURE OF ATTORNEY OF RECORD

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.