1  Randolph Bush in Pro Per dba Assured Judgment Recovery
2  3020 El Cerrito Plaza #500
3  El Cerrito, CA 94530
4  510 525 8156

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Joseph Salvatore Cala, an individual; | Case No.: C08 03318 |
| Lisa Cala an individual; and Alex Cala | REQUEST FOR JUDICIAL NOTICE |
| an individual; | (Concurrently filed with Motion to Dismiss; |
| Plaintiffs, | Notice of Motion; [Proposed] Order) |
| vs. | Date: Tuesday, September 16, 2008 |
| Randolph Bush, an individual and | Time: 10:00 AM |
| Maynard Evans, an individual | Honorable Patricia V. Trumbull |
| Defendants | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, defendant Randolph Bush hereby respectfully requests that, in considering the motion of Defendant Bush to dismiss pursuant to Federal Rule of Civil Procedure 12b(6), the Court take judicial notice of the following document attached hereto as Exhibit "A":

Stipulated Judgment in Superior Court of California, San Francisco County case # CUD02604020, *Coast Counties Property Management v. Cala Corporation and Giuseppe Cala aka Joseph Cala.*

///

///

REQUEST FOR JUDICIAL NOTICE- 1

1  Exhibit "A" contains facts not reasonably subject to dispute. Accordingly, it may be properly
2  considered in connection with Randolph Bush's Rule 12b(6) Motion to Dismiss.

## MEMORANDUM OF POINTS AND AUTHORITIES

A court may properly take notice of "matters of public record" pursuant to Federal Rule of Evidence section 201, to the extent they are not subject to reasonable dispute. Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001). This includes allegations made in pleadings and other documents filed in other lawsuits. See Burbank-Glendale-Pasadena Airport Authority v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in state court action); MGIC Indemnity Corp. v. Weisman, 803 F.2d 500, 504-05 (9th Cir. 1986) (taking judicial notice of allegations made in motion to dismiss and supporting memorandum filed in different federal court action); Kent v. Daimler Chrysler Corp., 200 F. Supp. 2d 1208, 1219 (N.D. Cal. 2002) (taking judicial notice of legal memorandum filed in state court action). Judicial notice of matters of public record will not convert a Rule 12(b)(6) motion to a summary judgment motion. Lee, 250 F.3d at 688; Mir v. Little Co. of Mary Hospital, 844 F.2d 646, 649 (9th Cir. 1988) (same); Neilson v. Union Bank of Cal., N.A., 290 F. Supp. 2d 1101, 1112 n. 37 (C.D. Cal. 2003) (same). (Under the Ninth Circuit's "incorporation by reference" rule, a court may look beyond the pleadings without converting the Rule 12(b)(6) motion into one for summary judgment). This includes documents that are integral to plaintiff's claim but not explicitly incorporated in the complaint. Id. See also Neilson v. Union Bank of Cal., N.A., 290 F. Supp. 2d 1101, 1114 (C.D. Cal. 2003).

DATED: July 31, 2008

_____
Randolph Bush

```
DANIEL PICCININI, ESQ.
State Bar No. 87584
714 Van Ness Avenue
San Francisco, CA 94102
(415) 345-8610

Attorney for Plaintiff:
Coast Counties Property Management, Inc.
```

FILED
San Francisco County Superior Court

NOV 21 2002

GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO-UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| COAST COUNTIES PROPERTY MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CALA CORPORATION, A Nevada Corporation, ET AL., <br> Defendants. | No. 604020 <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

Plaintiff COAST COUNTIES PROPERTY MANAGEMENT, INC., and defendants CALA CORPORATION, A Nevada Corporation, GIUSEPPE CALA also known as JOSEPH CALA having stipulated and agreed that judgment may be entered as follows, and good cause appearing:

**JUDGMENT PURSUANT TO STIPULATION**

EXHIBIT "A"

Francisco, California, hereinafter collectively referred to as the "**Premises**";

C. A Writ of Execution For Possession of the **Premises** in favor of plaintiff, COAST COUNTIES PROPERTY MANAGEMENT, INC., as against defendants CALA CORPORATION, a Nevada Corporation, and GIUSEPPE CALA also known as JOSEPH CALA, to immediately issue, but sheriff's eviction is stayed through 11:59 p.m., January 5, 2003.

D. Defendants CALA CORPORATION, a Nevada Corporation, and GIUSEPPE CALA also known as JOSEPH CALA shall pay plaintiff, COAST COUNTIES PROPERTY MANAGEMENT, INC., the sum of $25,000.00 for unpaid rents.

E. Defendants CALA CORPORATION, a Nevada Corporation, and GIUSEPPE CALA also known as JOSEPH CALA shall pay plaintiff, COAST COUNTIES PROPERTY MANAGEMENT, INC., the additional sum of $16,042.55 as follows:

1. On or before 4:00 p.m., November 18, 2002, the sum of

**JUDGMENT PURSUANT TO STIPULATION**

\NIEL PICCININI
TORNEY AT LAW
VAN NESS AVENUE
FRANCISCO, 94102

**IT IS ORDERED ADJUDGED AND DECREED** as follows:

A. GIUSEPPE CALA also known as JOSEPH CALA is added a defendant in this action.

B. Plaintiff COAST COUNTIES PROPERTY MANAGEMENT, INC., is to have an immediate judgment for restitution and possession of the premises at 39 New Montgomery Street, San Francisco, California, and the storage space in the basement at 55 New Montgomery Street, San