1  Randolph Bush in Pro Per dba Assured Judgment Recovery
2  3020 El Cerrito Plaza #500
3  El Cerrito, CA 94530
4  510 525 8156

FILED

2008 AUG 4  P 2: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Joseph Salvatore Cala, an individual; ) | Case No.: C08 03318 |
| Lisa Cala an individual; and Alex Cala ) | |
| an individual; ) | NOTICE OF MOTION TO DISMISS CASE |
| Plaintiffs, ) | Date: Tuesday, September 16, 2008 |
| vs. ) | Time: 10:00 AM |
| Randolph Bush, an individual and ) | Honorable Patricia V. Trumbull |
| Maynard Evans, an individual ) | |
| Defendants ) | |

Notice is hereby given that on Tuesday, September 16, 2008, at 10:00 AM, or as soon thereafter as the matter may be heard, at the United States District Court for the Northern District of California located at, 280 S. First Street, #2112, San Jose, California, Defendant Randolph Bush will move the Court pursuant to Federal Rule of Civil Procedure 12b(6) to dismiss Plaintiff's complaint against Defendant Bush on the grounds that the complaint fails to state a claim upon which relief can be granted against Defendant Bush, and Federal Rule of Civil Procedure 12b(1) on the grounds of lack of subject matter jurisdiction, and also will move that the court grant judgment for Defendant Bush's costs, attorney's fees, and for other such further relief that the court deems proper.

///

NOTICE OF MOTION TO DISMISS CASE– 1

The Motion will be based on this Notice of Motion, and the Motion and the Memorandum of Points and Authorities, and Defendant Bush's Request for Judicial Notice, all of which accompany this Notice, as well as such other and further matters as may be considered by the Court at the hearing of the Motion.

DATED: July 31, 2008                    _____

                                                          Randolph Bush