Randolph Bush in Pro Per dba Assured Judgment Recovery

3020 El Cerrito Plaza #500

El Cerrito, CA 94530

510 525 8156

RECEIVED
2008 AUG -4 PM 2:48
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Joseph Salvatore Cala, an individual; ) | Case No.: C08 03318 |
| Lisa Cala an individual; and Alex Cala ) | |
| an individual;              ) | BUSH'S MOTION TO DISMISS CASE, POINTS |
| Plaintiffs,              ) | AND AUTHORITIES, AND [PROPOSED] |
| vs.                 ) | ORDER |
| Randolph Bush, an individual and    ) | Date: Tuesday, September 16, 2008 |
| Maynard Evans, an individual     ) | Time: 10:00 AM |
| Defendants           ) | Honorable Patricia V. Trumbull |

Defendant Randolph Bush ("Bush") hereby moves the Court pursuant to Federal Rule of Civil Procedure 12b(6) to dismiss Plaintiff's complaint against Bush on the grounds that the complaint fails to state a claim upon which relief can be granted against Bush and Federal Rule of Civil Procedure 12b(1) on the grounds of lack of subject matter jurisdiction.

In particular, the grounds for the motion to dismiss are as follows:

1. The complaint alleges that Bush assigned the judgment to another, Defendant Maynard Evans ("Evans"), before the levy on the bank account of Plaintiff, and a fair reading of the allegations of the complaint is that the new Assignee of Record, Evans instituted the bank levy about which Plaintiff complains. There are no allegations that Bush did anything in connection with the bank

MOTION TO DISMISS CASE, ORDER AND POINTS AND AUTHORITIES- 1

levy. A fair reading of the complaint is that Bush assigned the underlying judgment to Evans and then Evans instituted the bank levy.

2. The Court lacks subject matter jurisdiction because there is no consumer debt to place the alleged wrongful bank levy within the purview of the Fair Debt Collection Practices Act (F.D.C.P.A.); attached as Exhibit "A" to Bush's Request for Judicial Notice is the Stipulation For Judgment in the Underlying case in the San Francisco Superior Court, *Coast Counties Property Management v. Cala Corporation and Giuseppe Cala aka Joseph Cala,* which reflects that the underlying judgment was from a commercial unlawful detainer, that is a commercial case, and not a case based on a consumer debt.

3. A fair reading of the complaint shows, that despite the artful pleading of Plaintiff, the bank levy was a result of a simple matter of mistaken identity. F.D.C.P.A. §813.2(c) states *"A debt collector may not be held liable in any action brought under this title if the debt collector shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error."* Wherefore, Defendant prays that Plaintiffs take nothing by way of this complaint, and moves for the court to rule that the case is Dismissed with Prejudice as to Defendant Bush. Defendant also requests that the court grant judgment for his costs, attorney's fees, and for other such further relief that the court deems proper.

DATED: July 31, 2008        _____

                            Randolph Bush

## MEMORANDUM OF POINTS AND AUTHORITIES

15 U.S.C.1692k, §813.2(c). "a debt collector may not be held liable in any action brought under this title if the debt collector shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error."

15 U.S.C.1692k, §813.3. "On a finding by the court that an action under this section was brought in bad faith and for the purpose of harassment, the court may award to the defendant attorney's fees reasonable in relation to the work expended and costs."

## ORDER GRANTING MOTION TO DISMISS

The Motion for Dismissal having been considered by this court and good cause appearing, IT IS ORDERED that Plaintiff's Complaint against Defendant Randolph Bush is Dismissed with Prejudice. Defendant may submit a request for judgment for his costs and attorney's fees.

Dated: _____     _____

                                      Judge, U.S. District Court, Northern District, San Jose