Randolph Bush in Pro Per dba Assured Judgment Recovery
3020 El Cerrito Plaza #500
El Cerrito, CA 94530
510 525 8156

FILED
2008 AUG -6 P 3:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Joseph Salvatore Cala, an individual; Lisa Cala an individual; and Alex Cala an individual;<br>Plaintiffs,<br>vs.<br>Randolph Bush, an individual and Maynard Evans, an individual<br>Defendants | Case No.: C08 03318<br><br>EX-PARTE MOTION TO EXTEND TIME FOR SERVICE OF PROCESS<br>Date: Monday, August 4, 2008<br>Honorable Patricia V. Trumbull |

Defendant Randolph Bush respectfully requests permission from the Court to extend the time for service of process on Plaintiffs in this matter. Plaintiffs delivered copies of their Complaint to my U.P.S. Store mailbox on July 15, 2008. I was out of state on vacation from July 15, 2008 until July 22, 2008 as shown by the hotel receipts attached as Exhibit "A". The receipts show that I was in Roundup, MT on July 15, 2008, and Loveland, CO on July 21, 2008.

I did not receive the Complaint documents until July 23, 2008, as shown by the attached Exhibit "B", signed by Sarah Palacios, the Mailroom Manager at the El Cerrito, CA U.P.S. Store.

Although I was able to file a Motion to Dismiss the case with the Court by the original twenty-day deadline, I was unable to serve Plaintiffs' attorney with copies of the Motion in a timely manner.

I was able to fax and email courtesy copies of the Motion to Dismiss, Notice of Motion, and Request for Judicial Notice to Plaintiffs' attorney on Friday, August 1, 2008.

Therefore, I respectfully request that the twenty-day deadline for Service of Process be changed to start as of July 23, 2008, and extended to August 12, 2008. I will file Proof of Service with the Court.

A courtesy copy of this Motion will be faxed to Plaintiffs via their attorney-of-record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 4, 2008

Randolph Bush

ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF PROCESS

The Motion having been considered by this court and good cause appearing, IT IS ORDERED that Randolph Bush is granted permission by the Court to serve Plaintiffs by August 12, 2008.

Dated: ________________ ________________________________________

Judge, U.S. District Court, Northern District, San Jose

BEST WESTERN CROSSROADS INN &
5542 E US HWY 34
LOVELAND, CO 80537

(970) 667-7810
Reservations@bwloveland.com
www.bwloveland.com

C/O 07/21/2008 07:23 AM Marissa

Room # 144-A

Registered To:

Bush, Randy
5846 Sacramento
RICHMOND, CA 94804

Conf # 37465
Arrival 07/20/08
Departure 07/21/08

Room Type KN-KING NON
Guests 2 / 0

Payment Visa/Master
Acct XXXX-XXXX-XXXX-4676

GUEST REGISTRATION

NAME RAN BUSH
STREET 5846 SACRAMENTO AVE
CITY RICHMOND
STATE AND ZIP CA 94804
(AREA CODE) PHONE NO.
COMPANY REPRESENTING
CAR LICENSE
STATE CA
MAKE AND COLOR
YEAR
NO. IN PARTY
SIGNATURE X

ROOM NO. 132
CHECK-OUT DATE
ARRIVAL DATE / TIME
ROOM RATE / TAX
RECEIVED BY

PAYMENT WILL BE MADE BY: [X] CREDIT CARD [ ] CASH [ ] CHECK

CREDIT CARD USED: ____________

CARD NO. ____________

NOTICE TO GUESTS
This property is privately owned, and management reserves the right to refuse service to anyone. We will not be responsible for accidents or injury to guests or for loss of money, jewelry or valuables of any kind.

| DAYS OCCUPIED | |
|---|---|
| SUN | |
| MON | |
| TUES | X |
| WED | |
| THURS | |
| FRI | |
| SAT | |

| | |
|---|---|
| ROOM TOTAL | 46 |
| TAX | 2 |
| | |
| TOTAL | 49 |
| AMT. PAID | 49 |
| AMT. DUE | |

CHECK-OUT TIME: 11:00 A.M.

AMERICAS BEST VALUE INN
630 Main Street
ROUNDUP, MT 59072
(406) 323-1000

| ence | Amount |
|---|---|
| of tide | $1.50 |
| ) | $1.00 |
| ) | $3.50 |
| 5 | $1.00 |
| 5 | $3.50 |
| | $89.99 |
| | $0.72 |
| | $2.61 |
| | $3.00 |
| - 563280 | $106.82- |
| BalanceDue | $0.00 |

CE DUE PORTION OF THIS INVOICE. IF
) BE PERSONALLY LIABLE FOR

PANY OR ASSOCIATION FAILS TO PAY

X____________________
GUEST SIGNATURE

Each Best Western Hotel is Independantly Owned and Operated.

EXHIBIT "A"

*****PICK-UP TICKET*****

YOU HAVE A PACKAGE TO PICKUP!!!

Carrier: Other Yesenia

Location: In Side The Box

Sender: Process Server

Papers

# 500

## 7/15/2008

GENTRK02349

You have a package, please give this ticket to one of our associates to retrieve your package.

Signature: [signature]

Parcel picked up 07/23/08.

[signature]

Sierra Palacios

Mailroom Manager

**The UPS Store**
3020 EL CERRITO PLAZA
EL CERRITO, CA 94530

EXHIBIT "B"