| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| CHRISTOPHER ASHWORTH, Esq.<br>SILICON VALLEY LAW GROUP<br>25 METRO DRIVE, SUITE 600<br>SAN JOSE, CA 95110 | (408) 573-5700<br><br>Bar #54889 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>CALA | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: JOSEPH SALVATORE CALA et al
Defendant: RANDOLPH BUSH et al

| PROOF OF SERVICE<br>(Summons In A Civil Action;) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C08 03318 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and I served copies of the:
   Summons In A Civil Action; Complaint; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order In Cases Assigned To Magistrate Judge Patricia V. Trumbull; Standing Order Re: Joint Case Management Statement; Standing Order Re: Case Management

2. a. Party Served:       RANDOLPH BUSH, an individual (Defendant)

   b. Person Served:      MIHIR B. SHAH - PERSON IN CHARGE

   c. Address:            ASSURED JUDGMENT RECOVERY
                          3020 EL CERRITO PLAZA
                          #500
                          EL CERRITO, CA 94530

3. I served the party named in item 2
   b. by leaving the copies with or in the Presence of:
      MIHIR B. SHAH - PERSON IN CHARGE
      (1) (business) Person in Charge over 18. I informed him or her of the general nature of the papers.
      (3) on:   Mon, Jul. 14, 2008
      (4) at:   2:12PM
   c. by mailing the copies to the person served, addressed as shown in item 2.c. by First Class Mail, postage prepaid,
      (1) on:   Tue, Jul. 15, 2008
      (2) from: OAKLAND CA

5. Person serving:
   JEFFERY HIGLEY
   SAME DAY ATTORNEY SERVICE
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $75.00
   d. Registered California process server.
      (2) Registration No.: 1861
      (3) County: LOS ANGELES

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Jul. 15, 2008

   Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE        (Signature)        SILI.34301

SAME DAY ATTORNEY SERVICE
(REGISTERED ALAMEDA COUNTY #584)
725 WASHINGTON ST, SUITE 200
OAKLAND CA 94607
510 444-1441, FAX 510 444-9441
Federal Tax I.D. 94-3288240

Jul. 15, 2008         I N V O I C E         SILI.34301

SILICON VALLEY LAW GROUP
CHRISTOPHER ASHWORTH, Esq.
25 METRO DRIVE, SUITE 600
SAN JOSE, CA 95110

*Attorney File Number: CALA*

RE:   CASE: JOSEPH SALVATORE CALA et al VS RANDOLPH BUSH et al
      COURT: U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CASE # C08 03318 PVT
      DOCUMENTS: SUMMONS IN A CIVIL ACTION; COMPLAINT - COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE
      MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER IN CASES ASSIGNED TO MAGISTRATE JUDGE
      PATRICIA V. TRUMBULL; STANDING ORDER RE: JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER RE: CASE
      MANAGEMENT

| Date | Services Provided | Amount |
|---|---|---|
| 07/14/2008 2:12PM | Substituted Service on RANDOLPH BUSH, an individual at business - ASSURED JUDGMENT RECOVERY 3020 EL CERRITO PLAZA EL CERRITO CA 94530, By leaving a copy of the Documents with MIHIR B. SHAH - PERSON IN CHARGE, Served by JEFFERY HIGLEY | |
| 07/15/2008 | Mailed copy of Documents to RANDOLPH BUSH, an individual at the above address. | |
| 07/14/2008 | PROCESS SERVICE - EL CERRITO | 75.00 |
| 07/11/2008 | PAYMENT RECEIVED - CHECK | -75.00 |
| | **PLEASE PAY THIS AMOUNT** ▶ ▶ ▶ ▶ ▶ ▶ | $.00 |

```
*   THANK YOU FOR SELECTING SAME DAY ATTORNEY SERVICE    *
  *              PAYMENT DUE UPON RECEIPT.               *
    *   ACCOUNT IS PAST DUE IF UNPAID AFTER 30 DAYS.   *
```