# INVOICE

EAGLE LEGAL SERVICES & INVESTIGATIONS
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

Inv. # 2008006251
08-15-2008

Original Date: 8/14/2008

**RECEIVED AUG 2 2 2008 By_____**

Christopher Ashworth. Esq
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose CA 95110

Reference Number: CALA v BUSH
Your Contact: DEBI
**Case Number: C08-03318**

Plaintiff:
**JOSEPH SALVATORE CALA, an individual; LISA CALA, an individual; and ALEX CALA, an individual**

Defendant:
**RANDOLPH BUSH, an individual and MAYNARD EVANS, an individual**

Received: 7/11/2008    Completed: 8/12/2008
To be served on: EVANS, MAYNARD

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| Pre-Payment  7/11/2008   Check #10420 | | | 55.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please make check payable to - EAGLE LEGAL SERVICES. Tax ID - 20-4853290. LATE PAYMENT POLICY - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of California

Case Number: C08-03318

Plaintiff:
**JOSEPH SALVATORE CALA, an individual; LISA CALA, an individual; and ALEX CALA, an individual**

vs.

Defendant:
**RANDOLPH BUSH, an individual and MAYNARD EVANS, an individual**

For:
Christopher Ashworth, Esq
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA 95110

Received by EAGLE LEGAL SERVICES & INVESTIGATIONS on the 11th day of July, 2008 at 11:50 am to be served on **MAYNARD EVANS, MHE Properties, 4585 LAKE HOLDEN HILLS DRIVE, ORLANDO, FL 32839/(407) 841-7735**.

I, Derrick Redding, Sr., being duly sworn, depose and say that on the **12th day of August, 2008** at **10:30 am**, I:

**Individually Served** the within named person with a true copy of the **SUMMONS and CIVIL COVER SHEET and COMPLAINT AND JURY TRIAL DEMANDED and EXHIBITS** with the date and hour endorsed thereon by me, pursuant to state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Subscribed and Sworn to before me on the 15th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Stacie M Sujka
My Commission DD644518
Expires 02/26/2011

Derrick Redding, Sr.
P00032

EAGLE LEGAL SERVICES & INVESTIGATIONS
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380
Our Job Serial Number: 2008006251
Ref: CALA v BUSH
Service Fee: $55.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SALVATORE CALA, an individual; )
LISA CALA, an individual; and ALEX CALA, )
an individual )
)
)
Plaintiff )
v. ) Civil Action No.  E-FILING C08 03318 PVT
RANDOLPH BUSH, an individual and )
MAYNARD EVANS, an indidual )
)
)
Defendant )

**Summons in a Civil Action**

To:

PERSON SERVED: Maynard Evans
DATE: 8/12/08
TIME: 10:30AM.
PROCESS SERVER: O.Reddy #4835

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher Ashworth (SBN 54889)    (408) 573-5700
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA 95110

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 0 9 2008

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Eagle Legal Services
424 E. Central Blvd. # 377
Orlando, FL 32801

Case 5:08-cv-03318-PVT   Document 13   Filed 09/04/2008   Page 4 of 4
Case 5:08-cv-03318-PVT   Document 3   Filed 07/09/2008   Page 2 of 4

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) **perso**nally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address