FILED

2008 SEP -3 P 3: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SALVATORE CALA,

Plaintiff(s),

v.

RANDOLPH BUSH et al,

Defendant(s).

No. C 08-3318 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/2/08

Signature

Counsel for PRO SE
(Plaintiff, Defendant or indicate "pro se")

## Assured Judgment Recovery

3020 EL CERRITO PLAZA #500, EL CERRITO, CA, 94530

510.525.8156

September 2, 2008

Clerk of the Court
United States Federal Court, Northern District, San Jose
280 S. First St., Room 2112
San Jose, CA 95113

Case No. C08-03318
Re: Cala v. Bush

To Whom It May Concern:

Enclosed please find:

1) Original and two copies of the following document(s):
   Consent to Proceed Before a U.S. Magistrate Judge
2) Self-addressed stamped envelope;

Please file the document and return a conformed copy to me.

Regards,

*[signature]*

Ran Bush