UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH SALVATORE CALA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RANDOLPH BUSH, et al, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 08-3318 PVT <br><br> **ORDER G**RANTING **R**EQUEST FOR **J**UDICIAL **N**OTICE**; AND** S**UA** S**PONTE** T**AKING** A**DDITIONAL** J**UDICIAL** N**OTICE** |

    On August 4, 2008, Defendant Randolph Bush filed a Request for Judicial Notice, setting a hearing date of September 16, 2008.[1]  The deadline for Plaintiffs to oppose the motion was September 2, 2008.  Plaintiffs have not opposed the motion.  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument.  Based on the moving papers and the file herein,

    IT IS HEREBY ORDERED that Defendant Bush's Request for Judicial Notice is GRANTED, and this court takes judicial notice of the Judgment Pursuant to Stipulation which was filed on November 21, 2002 in *Coast Counties Property Management, Inc. v. Cala Corporation, et al.*, San Francisco County Superior Court Case No. CUD-02-604020 (the "Underlying Action").

---

[1]    The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1       IT IS FURTHER ORDERED that the court, *sua sponte*, takes judicial notice of the fact that
2 the Underlying Action is a **commercial** unlawful detainer action, as reflected on the docket sheet for
3 the Underlying Action.  See FED.R.EVID.§ 201(c)(court may take judicial notice whether requested
4 or not).

5       IT IS FURTHER ORDERED that, if any party wishes to have an opportunity to be heard on
6 the court having *sua sponte* taken judicial notice as stated above, that party shall file a request for
7 hearing no later than September 22, 2008.  See FED.R.EVID.§ 201(e)(in the absence of prior
8 notification, a party may request an opportunity to be heard after a court takes judicial notice).

9 Dated: *9/11/08*

10       PATRICIA V. TRUMBULL
      United States Magistrate Judge

ORDER, *page 2*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    9/12/08    to:

Randolph Bush
3020 El Cerrito Plaza, #500
El Cerrito, CA  94530

Maynard Evans
4585 Lake Holden Hills Drive
Orlando, FL  32839

                                       *Donna Kirchner*     *for*
                                       CORINNE LEW
                                       Courtroom Deputy